Louis J. Behan and William J. Corrigan, for appellant. Carpenter, Barnhardt & Reynolds, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

The Shear Company, appellee, v. James R. Baker & Company, appellant. Gen. No. 29,254.

Action for breach of contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Edward D. Shurtleff, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1924. Reversed and remanded. Opinion filed March 9, 1925. Rehearing denied March 23, 1925. Certiorari denied by Supreme Court (making opinion final).

Tenney, Harding, Sherman & Rogers, for appellant. Levinson, Becker, Schwartz & Frank, for appellee; Marshall Solberg, of counsel.

Mr. Justice Johnston delivered the opinion of the court.

---

Eli Jewelry Company, appellee, v. City of Chicago et al., appellants. Gen. No. 29,985.

Injunction suit to restrain defendants from preventing plaintiff from selling its merchandise at auction. Temporary injunction issued. Appeal from interlocutory order from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 23, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Leon Hornstein, Assistant Corporation Counsel, of counsel. Hyman J. Rosenberg, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

Metropolitan Life Insurance Company, appellee, v. Rebecca Heckelman, appellant. Gen. No. 29,977.

Suit to cancel policy of life insurance and to restrain suit thereon. Interlocutory order restraining suit on policy. Interlocutory appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 23, 1925.

Kremer, Branand & Hamer, for appellant. Hoyne, O'Connor & Rubinkam, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

Benjamin Fishbain, appellee, v. City of Chicago et al., appellants. Gen. No. 30,013.

Injunction suit to enjoin defendants from interfering with construction of building. Injunction issued. Appeal from interlocutory order from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1924. Reversed. Opinion filed March 23, 1925.

Francis X. Busch, Corporation Counsel, for appellants; Albert H. Veeder, William L. Sullivan, Thomas J. Sheehan and Barnet Hodes, Assistant Corporation Counsel, of counsel. Wilber J. McGinness, for appellee.

Mr. Justice Matchett delivered the opinion of the court.